# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PAUL KAMINSKI, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action Nos. 10-2883, 11-4605 (MAS) (TJB) |
| TOWNSHIP OF TOMS RIVER, *et al.*, | : **ORDER** |
| Defendants. | : |

Before the Court are Defendants' motions for summary judgment in Civil Actions Nos. 10-2883 ("*Kaminski I*") (ECF Nos. 94, 96, 97) and 11-4605 ("*Kaminski II*") (ECF Nos. 41, 42). Plaintiffs filed a joint brief in Opposition in both actions. (*Kaminski I*, ECF No. 102; *Kaminski II*, ECF No. 45.) Defendants Michael Mastronardy and Vincent Pedalino filed a Reply in *Kaminski I* (ECF. No. 103) and Defendant Mastronardy filed a Reply in *Kaminski II* (ECF No. 47). The Court has carefully considered the Parties' submissions and decided the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

IT IS, on this 31st day of December, 2013, **ORDERED** that:

1. Defendants' motions for summary judgment are GRANTED; and
2. Both actions are terminated.

      s/ Michael A. Shipp  
**MICHAEL A. SHIPP**  
**UNITED STATES DISTRICT JUDGE**